UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

SUCCESS HEALTHCARE, LLC          CASE NO. 14-cv-81423-RLR

       Plaintiff,

v.

ZURICH AMERICAN INSURANCE
COMPANY,

       Defendant,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Success Healthcare, LLC ("Success"), by and through counsel, hereby notifies the Court that the parties have reached a confidential settlement of this matter, pending execution of a mutually agreeable settlement agreement.

    Respectfully submitted,

    */s/Matthew B. Weaver*
    **R. Hugh Lumpkin, Esq.**
    Florida Bar No. 308196
    hlumpkin@vpl-law.com
    **Matthew B. Weaver, Esq.**
    Florida Bar No. 42858
    mweaver@vpl-law.com
    **Heather J. Gorin, Esq.**
    Florida Bar No: 84219
    hgorin@vpl-law.com
    VER PLOEG & LUMPKIN, P.A.
    100 S.E. 2nd Street – 30th Floor
    Miami, FL  33131-2151
    Tel: 305-577-3996
    Fax: 305-577-3558
    *Counsel for Plaintiff*

CASE NO. 14-cv-81423-RLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below *via* transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/Matthew B. Weaver*
**Matthew B. Weaver**

Patricia H. Thompson, Esq.
*Counsel for Defendant*
Carlton Fields Jorden Burt, P.A.
100 SE Second Street
Suite 4200
Miami, FL 33131
Telephone: 305-530-0050
Fax: 305-530-0055
Email: pthompson@cfjblaw.com
*Via CM/ECF Transmission*