UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-81423-ROSENBERG

SUCCESS HEALTHCARE, LLC,

    Plaintiff,

v.

ZURICH AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER ON JOINT STIPULATION OF DISMISSAL

**THIS CAUSE** having come before the Court upon the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, Success Healthcare, LLC ("Success"), and Defendant, Zuric American Insurance Company ("Zurich"), and the Court having reviewed the Joint Stipulation of Dismissal with Prejudice, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

Success's Complaint against Zurich shall be dismissed with prejudice, with all parties to bear their own fees and costs.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 21st day of May, 2015.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record